# Court of Criminal Appeals of Texas

## Willie Lee Ockletree

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 10 2015

Abel Acosta, Clerk

V.

### The State of Texas

FILED IN
COURT OF CRIMINAL APPEALS

DEC 14 2015

Abel Acosta, Clerk

## Motion For Recusal of Trial Judge Honorable Fancy H. Jezek

*Set a Hearing
▷ Administrative

I Willie Lee Ockletree come upon the Honorable Court in all due respect of Justice, asking that the Honorable Fancy H. Jezek recuse herself due to a number of reasons. (1) There was communication between her and the Jury that didn't occur in open court as is referenced by her in Trial Court Reporters Records. Which took place before my Guilt but after Jury was empaneled.

(1.)

(2.) The Honorable Judge has made a mistake of Law I was convicted as a Habitual Criminal but Mrs Jezek has stated in her Opinion (Memorandum) that I was Sentenced under 12.42(b) & 12.32 which in fact I was Sentenced under 12.42(d) by Trial Court Records, Reporters Records and The Honorebl Judge Fancy H Jezek's own Judicial Judgment of Trial #71320

(3.) Further I come upon this Court with the Concern of Racial Prejudice in which under JSSA The District Court shall grant a Motion for a New Trial pursuant to 28 U.S.C. §1867(a) Where if a defendant is charged with an interracial violent Crime a reasonable possibility of racial prejudice exist between feelings of Jurors towards the African American it by law is presumed and the duty to inquire is automatic. Mu'Min v. Va 500 U.S. 415 (1991) Turner V Murray 476 U.S. 28 (1986) Now Dear Court never was there any Concern of Racial Prejudice or Bias except if we

(2.)

Look upon the record he will see that the Jury that was Empaneled & Sworn was scratched of all female African Americans. My Crime was Committed against an White female, female African Americans are a Cognizable racial group and was excluded without any inquiry which was a duty of the Court.

(4.) If would please the court as Stated and Sworn to in my Motion to Abate Back for a motion on New Trial The Honorable Judge Fancy H. Jezek has failed to Honor a Oral Motion for New Trial which was timely filed under Art. 21.6 as is indicated in record of Judges Docket. As well as the Withdrawel of Attorney which invoked Art. 1.051(g) to admonish the defendant of Dangers & Disadventages of Self Representation as well determining whether the Defendant has acted Voluntary and intelligently by executing a written waiver. Ail in open Court etc.

Honorable Court I pray and ask that my prayers be answered and that the Honorable Fancy HJezek recuse herself.
GOD Bless,
Willie Ockletree

* Set Hearing          (3.)

# Court OF Criminal Appeals OF Texas

## Willie Lee Ockletree
### V.
## The State of Texas

PD-1201-15

## Affidat of Sworn Declaration

Honoreble Court I come upon you in my competent compacity to declare that all I have stated in this motion for Recusal of Trial Judge is True and Correct and pray this Dear Court proceed with the interest of Justice. Thank you Sincerely,

Willie Ockletree
TDC #1906981
AllRED Unit
2101 F.m. 369 N.
Iowa, Park, TX 76367

*True Under Perjury

p.s.
There was alot of other Errors of Trial etc.